**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-35560 |
| David E. Sterling | Chapter 7 |
| Debtor(s). | Honorable Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on March 1, 2018.

Cindy M. Johnson                                                     /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

**CM/ECF Notice List**

- Jeffrey C Baldacci   ROUSKEYLAW@GMAIL.COM
- Cindy M. Johnson   cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List (mailing)**

David E. Sterling
25515 S. Canal Street
Channahon, IL 60410-5360

ALLY
Post Office Box 380901
Minneapolis, MN 55438-0901

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Barclays Bank
C/O Northstar Location Services
4285 Genesee Street
Cheektowaga, NY 14225-1943

Chrysler Capital
Post Office Box 961275
Fort Worth, TX 76161-0275

Discover Bank
C/O Blitt and Gaines
661 Glenn Avenue
Wheeling, IL 60090-6017

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Sprint
C/O Enhanced Recovery Company
Post Office Box 57610
Jacksonville, FL 32241-7610

U.S. Bank Home Mortgage
Post Office Box 20005
Owensboro, KY 42304-0005