UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
 §
David E. Sterling § Case No. 16-35560
 §
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,973.81<br>*(Without deducting any secured claims)* | Assets Exempt: 17,330.00 |
| Total Distributions to Claimants: 6,587.03 | Claims Discharged<br>Without Payment: 88,475.24 |
| Total Expenses of Administration: 3,103.38 | |

    3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 309.59  (see **Exhibit 2**), yielded net receipts of $ 9,690.41  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 64,451.56 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,103.38 | 3,103.38 | 3,103.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,556.19 | 6,532.51 | 6,532.51 | 6,587.03 |
| **TOTAL DISBURSEMENTS** | $ 95,007.75 | $ 9,635.89 | $ 9,635.89 | $ 9,690.41 |

4) This case was originally filed under chapter 7 on 11/07/2016 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/21/2019                By:/s/Cindy M. Johnson, Trustee
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25515 S. Canal Street Channahon Il 60410-0000 Will | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David E. Sterling | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 309.59 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 309.59** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLY, Post Office Box 380901 Minneapolis, MN 55438 | | 11,973.81 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Bank Home Mortgage, Post Office Box 20005 Owensboro, KY 42304 | | 52,477.75 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 64,451.56 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,719.04 | 1,719.04 | 1,719.04 |
| Cindy M. Johnson | 2200-000 | NA | 95.37 | 95.37 | 95.37 |
| International Sureties, LTD | 2300-000 | NA | 3.16 | 3.16 | 3.16 |
| BOK Financial | 2600-000 | NA | 91.26 | 91.26 | 91.26 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,172.55 | 1,172.55 | 1,172.55 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 22.00 | 22.00 | 22.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,103.38 | $ 3,103.38 | $ 3,103.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank, C/O Northstar Location Services 4285 Genesee Street Cheektowaga, NY 14225 | | 1,960.48 | NA | NA | 0.00 |
| | Chrysler Capital, Post Office Box 961275 Fort Worth, TX 76161 | | 19,945.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint, C/O Enhanced Recovery Company Post Office Box 57610 Jacksonville, FL 32256 | | 2,117.90 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | 6,532.51 | 6,532.51 | 6,532.51 | 6,532.51 |
| | Discover Bank | 7990-000 | NA | NA | NA | 54.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,556.19 | $ 6,532.51 | $ 6,532.51 | $ 6,587.03 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-35560 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | David E. Sterling | | | | Date Filed (f) or Converted (c): | 11/07/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2016 |
| For Period Ending: | 03/21/2019 | | | | Claims Bar Date: | 05/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25515 S. Canal Street Channahon Il 60410-0000 Will | 90,000.00 | 18,555.54 | | 10,000.00 | FA |
| 2. 2011 Jeep Patriot Mileage: 57,190 | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods And Furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Wearing Apparel | 75.00 | 0.00 | | 0.00 | FA |
| 5. Private Bank- Checking | 755.65 | 0.00 | | 0.00 | FA |
| 6. Private Bank Savings | 373.16 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $104,303.81        $31,055.54        $10,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained order approving a buy out offer by debtor of estate's equity in his residence for $14,000.00 (doc. 27). Final report filed and approved. Distribution checks have cleared. Trustee will be filing distribution report shortly.

RE PROP #        1 --   Debtor buyback of estate's interest in real estate for $14,000.00  4/7/17 (doc. 27)  - due to only one claim being filed, trustee accepted $10,000.00 as that left enough to pay all claims and estate expenses, leaving only a small amount to be returned to the debtor for surplus (instead of a much larger amount).

Initial Projected Date of Final Report (TFR): 01/24/2018        Current Projected Date of Final Report (TFR): 01/24/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 16-35560 |
| Case Name: | David E. Sterling |
| Taxpayer ID No: | XX-XXX8073 |
| For Period Ending: | 03/21/2019 |

| | |
|---|---|
| Trustee Name: | Cindy M. Johnson, Trustee |
| Bank Name: | BOK Financial |
| Account Number/CD#: | XXXXXX0440 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | 1 | Rouskey & Baldacci<br>151 Springfield Ave<br>Joliet, IL 60435 | Buy out interest in the estate | 1110-000 | $10,000.00 | | $10,000.00 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.84 | $9,975.16 |
| 09/28/17 | 101 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant Fees | 3410-000 | | $1,172.55 | $8,802.61 |
| 09/28/17 | 102 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant Expenses | 3420-000 | | $22.00 | $8,780.61 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.34 | $8,766.27 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.54 | $8,752.73 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.58 | $8,740.15 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.99 | $8,727.16 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.97 | $8,714.19 |
| 02/15/18 | 103 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $3.16 | $8,711.03 |

| | | | | Page Subtotals: | $10,000.00 | $1,288.97 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-35560  
Case Name: David E. Sterling  
Taxpayer ID No: XX-XXX8073  
For Period Ending: 03/21/2019  

Trustee Name: Cindy M. Johnson, Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0440  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/18 | 104 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,719.04 | $6,991.99 |
| 03/26/18 | 105 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $95.37 | $6,896.62 |
| 03/26/18 | 106 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $6,587.03 | $309.59 |
| | | | ($54.52) | 7990-000 | | | |
| | | Discover Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($6,532.51) | 7100-000 | | | |
| 03/26/18 | 107 | David E. Sterling<br>25515 S. CANAL STREET<br>CHANNAHON, IL 60410 | Distribution of surplus funds to debtor. | 8200-002 | | $309.59 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $309.59 |
| Net | $10,000.00 | $9,690.41 |

Page Subtotals:  $0.00  $8,711.03

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0440 - Checking | $10,000.00 | $9,690.41 | $0.00 |
| | $10,000.00 | $9,690.41 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*